# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00734-CV

Lazarus Investments, L.P., Appellant

v.

Bankruptcy Estate of Gary L. Bradley, Ronald Ingalls, Trustee, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
NO. D-1-GN-05-003614, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M  O P I N I O N

Appellant Lazarus Investments, L.P. has filed an unopposed motion to dismiss its appeal, explaining that the parties have reached a settlement of all claims between them. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Waldrop and Henson;
    Chief Justice Law Not Participating

Dismissed on Appellant's Motion

Filed: December 3, 2009